# STATE OF MICHIGAN

# COURT OF APPEALS

FOR PUBLICATION
February 13, 2018

MEEMIC INSURANCE COMPANY,

      Plaintiff-Appellant,

v

BARBARA JANE BISCHER, Individually and as Next Friend of BAILEY JAMES BISCHER, a Minor, GARY DUANE BISCHER, and JACQUELINE G. BRAUN, Personal Representative of the ESTATE OF BRANDON MICHAEL DICKERT,

      Defendants-Appellees.

No. 335126
Huron Circuit Court
LC No. 16-105387-CK

Before: METER, P.J., and SAWYER and SHAPIRO, JJ.

SHAPIRO, J. (*concurring*).

      I concur with the majority but write separately to emphasize, as the majority notes, that "we need not determine what does constitute a sufficient connection with the residence premises," and that scenarios distinguishable from the instant case may result in a different outcome. Thus, although I agree that permissive use of a non-contiguous trail is not "use . . . in connection with," I would reach a different conclusion had the accident occurred on a common trail that ran through two or several contiguous properties including that of the policyholder.

                                /s/ Douglas B. Shapiro